# NO. 12-10-00376-CR
# NO. 12-10-00377-CR
# NO. 12-10-00378-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *SCOTTY LYNN REESE,*<br>*APPELLANT* | § | *APPEALS FROM THE 114TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT OF* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *SMITH COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant pleaded guilty to theft of less than $1,500 enhanced by two prior convictions, evading arrest or detention with a vehicle, and aggravated assault on a public servant. We have received the trial court's certifications stating that these are plea bargain cases and Appellant has no right to appeal. *See* TEX. R. APP. P. 25.2(d). The certifications are signed by Appellant and his trial counsel. Accordingly, the appeals are *dismissed for want of jurisdiction*.

Opinion delivered November 10, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(DO NOT PUBLISH)